JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LOUIS ARMENTA,<br><br>               Petitioner,<br><br>   v.<br><br>JEFFREY A. BEARD,<br><br>               Respondent. | **Case No. CV 15-00415 DOC (RAO)**<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED:  June 29, 2016

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE